IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01730-BNB

ALLEN RUSSELL,[1]

    Plaintiff,

v.

COMMISSION OF SOCIAL SECURITY, and
MR. WILLIAMS C. THOMPSON, JR.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Allen Russell resides in Denver, Colorado. Plaintiff initiated the instant action on August 4, 2008, by filing a Complaint pursuant to 42 U.S.C. § 1983 requesting review of the administrator's decision in his social security case. Pursuant to D.C.COLO.LCivR 8.1, Magistrate Judge Craig B. Shaffer reviewed the documents, determined that the documents were deficient, and entered an order, on August 14, 2008, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file his claims on a Court-approved form. Plaintiff also was instructed to submit a new Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff failed to provide all of the required information in the Motion and Affidavit that he had submitted to the Court on August 4, 2008.

---

[1] Although Plaintiff has spelled his last name with only one "l," the Court notes the proper spelling is "Russell."

On September 18, 2008, Plaintiff filed a Motion requesting an extension of fifteen days to comply with the August 14, 2008, Order. Magistrate Judge Boyd N. Boland, on September 22, 2008, granted Plaintiff an extension of time up to and including October 3, 2008. Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with the August 14, 2008, Order to Cure Deficiencies within the time allowed.

Upon review of the Complaint, the Court finds that Plaintiff's Complaint is deficient. Therefore, the Complaint will be dismissed for failure to comply with the August 14, 2008, Order. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to comply with the August 14, 2008, Order.

DATED at Denver, Colorado, this 8 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01730-BNB

Allen Russel
PO Box 13158
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk